DUGDALE CONSTRUCTION COMPANY ET AL., APPELLEES, V. CITY OF OMAHA, NEBRASKA, ET AL., APPELLEES, OMAHA CONSTRUCTION & BUILDING TRADES COUNCIL ET AL., INTERVENERS-APPELLANTS.

93 N. W. 2d 17

Filed November 21, 1958. No. 34403.

*David D. Weinberg,* for appellants.

*Smith & Smith,* for appellees Dugdale Constr. Co. et al.

*Herbert M. Fitle,* for appellees City of Omaha et al.

Heard before SIMMONS, C. J., CARTER, MESSMORE, YEAGER, CHAPPELL, and BOSLAUGH, JJ.

CARTER, J.

This is a companion case to Philson v. City of Omaha, *ante* p. 360, 93 N. W. 2d 13, released herewith. The controlling issues in the two cases are the same. For the reasons stated in that case the judgment of the district court in the instant case is affirmed.

AFFIRMED.

WENKE, J., participating on briefs.